WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'07 MAR 13 09:39USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GEORGE BELLEAU**,

  Plaintiff,

vs.

**COMMISSIONER of Social Security**,

  Defendant.

CV # 05-872-PK

ORDER

Attorney fees in the amount of $7,249.99 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 13th day of March, 2007.

_____
United States ~~District~~ Magistrate Judge

Submitted on March 12, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1

George Belleau
CIVIL ACTION NO. 05-872-PK

<u>Federal Court Costs</u>:

    Federal Court filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

<u>Total Costs</u>:  **$250.00.**

SCHEDULE A - page 1
Attachment to court ORDER